No. 12,682.

CUMMINGS ET AL. *v.* AMERICAN MEDICAL AND DENTAL ASSOCIATION.
(291 Pac. 1117)

Decided September 15, 1930.

Judgment affirmed en banc, on application for supersedeas, without written opinion.   Mr. Justice Campbell not participating.

·Mr. HENRY HOWARD, for plaintiffs in error.

Mr. GRANT L. HUDSON, for defendant in error.